Argued and submitted May 4, affirmed as modified May 30, 1984

In the Matter of the Marriage of

PFEIFFER,
*Appellant,*
*and*

PFEIFFER,
*Respondent.*

(82-11-1314; CA A29857)

681 P2d 805

Joel S. DeVore, Pendleton, argued the cause for appellant. With him on the brief was Mautz, Hallman & Teicher, Pendleton.

Dennis A. Hachler, Pendleton, argued the cause and filed the brief for respondent.

Before Gillette, Presiding Judge, and Young and Rossman, Judges.

PER CURIAM

## PER CURIAM

In this dissolution of marriage case, we modify the trial court decree by increasing wife's permanent spousal support to $1,000 per month. As modified, the decree is affirmed. Costs to appellant.